# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

Joshua Dexter Byers
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 755-981

vs.

Ohio department of Rehabilitation and Corrections
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:
Kyle Moody - (Corrections Officer)
Chaye Harris - Le.C.I Warden

1:19CV661

J. BLACK

M.J. BOWMAN

RECEIVED

AUG 14 2019

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

## COMPLAINT

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Joshua Dexter Byers #755-981
NAME - FULL NAME PLEASE - PRINT

PO Box 56
Lebanon, OH 45036
ADDRESS: STREET, CITY, STATE AND ZIP CODE

(740) 415-7252
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS: _____

            DEFENDANTS: _____

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY) _____

        3.    DOCKET NUMBER _____

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED _____

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?) _____

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT _____

        7.    APPROXIMATE DATE OF THE DISPOSITION _____

PLACE OF PRESENT CONFINEMENT

Lebanon Correctional Inst

- A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

- B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

- C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    I completed an ICR, and sent a kite to Instututional Warden and filed PREA.

    2. WHAT WAS THE RESULT?

    ICR is overdue, ICR not responded to, No Action taken by ODRC Admin, Prea Investigation Pending 7/26/19

- D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

- E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

- F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Le.C.I Ohio department of Rehabilitation and Corrections
NAMES - FULL NAME PLEASE
3791 St Rt 63, lebanon, Oh 45036
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Chaye Harris 3791 St Rt 63 lebanon, OH 45036

3. Kyle moody 3791 St Rt 63 lebanon, OH 45036

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On 7/12/19 Kyle moody acted out of his scope of duty's denying plaintiff outdoor rec. Also by calling the plaintiff a faggot. When asked why, he does not like faggots. Kyle moody has been writen up before and prea'd by other inmates for fal- and profane gay hate speach and sexual harrasment, let the record reflect that Kyle moody discrmiates against LGBTQ, and transgender inmates with profane "Gay" comments/and retaltion for any reports of such abuse, by allowing other inmates to attack and target lgbtq and transgender inmates. leci warden is aware of issues (see attached) ODRC has policys and do not comply or cause action when an offizer acts out of ODRC policy. on 7/13/19 K moody tried to intimate plaintiff, and used faggot, go suck a dick, faggot No!" ICRS have been completed but Le.C.I dosent do anything about them, allowing sexual harrasment, inappropriate supervision and abuse to inmates, weather Lgbtq, Strihgt or Transgender.

-5-

EOR.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I would like the courts to find the Plaintiff in favor, ODRC to step up stop the Abuse, and neglect, the inappropriate supervision, Sexual harrasment and to award me the 2 Million, so I can fund orginizations + help fight Civil rights violations, and prison reform orginizations, and + cover pain and suffering, My PTSD, And the Abuse IV been subjected to, While ending employment for Kyle Moody Correctional Staff for Lebanon Correctional Institution.

And allowing people to know that Lgbtq inmates have a voice and matter, we are human to.

SIGNED THIS 28th DAY OF July 20 19.

_____
SIGNATURE OF PLAINTIFF